## STATE OF OREGON,
*Respondent,*

*v.*

## JAMES ALLEN CLARK,
*Appellant.*

03C48891; A123388

140 P3d 1178

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Tammy W. Sun, Deputy Public Defender, Office of Public Defense Services, for response.

Before Edmonds, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).